UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL SHEFFIELD,<br><br>Plaintiff<br>v.<br><br>COOKSON AMERICA, INC. and<br>JOELLEN OJEDA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA 06 179 T<br><br>C.A. No. 06-______ |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441 and 1446, Defendants, Cookson America, Inc. and JoEllen Ojeda, by and through their undersigned attorneys, submit this Notice of Removal and state as follows:

1. On or about March 21, 2006, the above-captioned action was filed by the Plaintiff against Defendants in the Superior Court of Rhode Island, Providence County (the "State Court"), entitled *Cheryl Sheffield v. Cookson America, Inc. and JoEllen Ojeda*, C.A. No. PC06-6727. Plaintiff served the Complaint on Defendant Cookson America, Inc. on March 23, 2006 and on Defendant Ojeda on April 6, 2006. The action is now pending in the Superior Court. A copy of the Summons and Complaint, and a Stipulation, (collectively the "Pleadings") that were filed in the Superior Court is attached hereto as Exhibit A, and constitutes all process, pleadings and orders purportedly served in the action.

2. The District of Rhode Island embraces the place where the State Court action is pending. *See* 28 U.S.C. § 1446(a).

3. This action arises under the laws of the United States, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. The complaint filed in this action sets forth,

among other things, causes of action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*

4. This action involves parties of diverse citizenship and the amount in controversy exceeds the sum of $75,000, and therefore this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. Upon information and belief, at the time Plaintiff commenced this action in the State Court and at the time of removal, she was and is a citizen of the Commonwealth of Massachusetts. Defendant Cookson America, Inc. Delaware corporation with its principal place of business in Rhode Island and therefore is a citizen of the States of Delaware and Rhode Island for purposes of 28 U.S.C. § 1332. Defendant JoEllen Ojeda is a citizen of the State of Rhode Island.

5. This Notice of Removal is being filed with this Court within thirty (30) days after Defendants first received a copy of a pleading, amended pleading, motion, order or other paper from which it could first ascertain that the action was removable.

6. Written notice of filing of this Notice of Removal will be given to Plaintiff, and a copy will be filed in the State Court, as required by 28 U.S.C. § 1446(d).

7. In filing this Notice of Removal, Defendants do not waive any defenses that may be available to them.

WHEREFORE, Defendants, Cookson America, Inc, and JoEllen Ojeda respectfully submit that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the action now proceeding against them, entitled *Cheryl Sheffield v. Cookson America, Inc. and JoEllen Ojeda*, C.A. No. PC06-6727, be removed from the Superior Court of the State of Rhode Island, Providence County, that this action proceed in this Court as a

properly removed action and that the Defendants have such other and further relief as this Court may deem just and proper.

Dated: April 20, 2006

Defendants,

COOKSON AMERICA, INC. and
JOELLEN OJEDA,

By their Attorneys,

NIXON PEABODY LLP

Neal J. McNamara (#4249)
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030 (Facsimile)

CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was served by first class mail, postage pre-paid, this 20th day of April, 2006 to:

Louise Herman
SINAPI, FORMISANO & COLEMAN
100 Midway Place, Suite 1
Cranston, RI 02920

Paula K Gordon