STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0727 CHERYL SHEFFIELD V COOKSON AMERICA, INC

Filing Date: 02-06-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: OTHER CIVIL ACTION
Status Date: 04-20-2006

Plaintiff: CHERYL SHEFFIELD
ID: @10819935

Attorney: LOUISE HERMAN

Defendant: COOKSON AMERICA, INC.
ID: @10819937

Defendant: JO ELLEN OJEDA
ID: @10819938

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-06-2006 | COMPLAINT FILED | |
| 02-06-2006 | INITIAL FILING FEE | |
| 02-06-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP220169. |
| 04-07-2006 | STIPULATION FILED | def has an extension of time until april 21. |
| 04-11-2006 | SUMMONS,PROOF OF SERVICE FILED | FOR DEF. |
| 04-11-2006 | STIPULATION FILED | THAT NEAL J. MCNAMARA AGREES TO ACCEPT SERVICE BY DEF |
| 04-20-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 04-20-2006 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT CASE #06-179T |
| 04-20-2006 | OTH DOC FILED DURING DISCOV | CASE REMOVED TO US DISTRICT COURT |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island