**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHERYL SHEFFIELD,** <br> **Plaintiff** | : <br> : | |
| | : | |
| **v.** | : | |
| | : | **C.A. No. 06-179T** |
| **COOKSON AMERICA, INC. and** <br> **JO ELLEN OJEDA,** <br> **Defendants** | : <br> : <br> : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now come the plaintiff in the above-cited matter and do hereby move this Honorable Court pursuant to the Federal Rules of Civil Procedure 15(a) for leave to amend Plaintiff's Complaint in the form annexed hereto and as grounds therefore and in support thereof states that the purpose of the amendment is to add a claim for equitable estoppel and to amend the language in Count Four of the Complaint.

**WHEREFORE**, the plaintiff respectfully pray that the Motion to Amend Complaint be granted.

PLAINTIFF,
By her attorney,

/S/ Louise A. Herman
__________________________

Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
(401) 277-4110

Dated: December 11, 2006

**CERTIFICATION**

The undersigned hereby certifies that this document has been electronically on this 12th day of December, 2006, and is available for viewing and downloading to the DCF registered counsel of record:

Via Electronic Service/ECF:

Neal J. McNamara, Esq.
Nixon Peabody LLP
One Citizens Plaza
Suite 500
Providence, RI 02903

/S/ Louise A. Herman