**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHERYL SHEFFIELD,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **C.A. No. 06-179T** |
| **COOKSON AMERICA, INC. and** | : | |
| **JO ELLEN OJEDA,** | : | |
| **Defendants** | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

This is an action brought by the Plaintiff, Cheryl Sheffield, against Defendants seeking declaratory and injunctive relief, attorney's fees and litigation expenses and other equitable relief, including back pay, as well as compensatory and punitive damages to remedy the alleged unlawful discrimination in employment the Plaintiff has suffered violation of the Rhode Island Whistleblowers' Protection Act ("RIWPA"), R.I.G.L. §28-50-1, *et seq*. and the Rhode Island Civil Rights Act ("RICRA"), R.I.G.L. §42-112-1, *et seq*. and arising out of the unlawful failure to pay wages due and overtime compensation due Plaintiff in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*., the Rhode Island Minimum Wage Act ("RIMWA"), R.I.G.L. §28-12-1, *et seq.*, the Rhode Island Payment of Wages Act ("RIPWA"), R.I.G.L. §28-14-1, *et seq.* as well as the unlawful interference with her statutory right to medical leave and unlawful interference with inquiries regarding her medical leave rights in violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §2601, et seq., the Rhode Island Parental and Family Medical Leave Act, R.I.G.L. §28-48-2 ("RIPFMLA") and common law.

The plaintiff is filing the Motion to Amend the Complaint in order to add a claim for equitable estoppel and to modify the language in Count Four of the Complaint. Leave to amend

pleadings under Rule 15(a) should be freely given in the absence of excessive and unexplained delay, undue prejudice to the opposing party, and/or bad faith or dilatory motive on a movant's part. Foman v. Davis, 371 U.S. 178, 182 (1962); Fed.R.Civ.P. 15(a).

**WHEREFORE**, for the foregoing reasons, Plaintiff respectfully prays that his Motion to Amend be granted.

PLAINTIFF,
By her attorney,
LAW OFFICE OF LOUISE A. HERMAN

/S/ Louise A. Herman
________________________________
Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 421-0964 (fax)

Dated: December 11, 2006

## CERTIFICATION

The undersigned hereby certifies that this document has been electronically on this 12th day of December, 2006, and is available for viewing and downloading to the DCF registered counsel of record:

Via Electronic Service/ECF:

Neal J. McNamara, Esq.
Nixon Peabody LLP
One Citizens Plaza
Suite 500
Providence, RI 02903

/S/ Louise A. Herman
________________________________