UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL SHEFFIELD,<br>Plaintiff, | : | |
| v. | : | C.A. No. 06-179T |
| COOKSON AMERICA, INC. and<br>JO ELLEN OJEDA,<br>Defendants. | : | |

**JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Plaintiff Cheryl Sheffield and Defendants Cookson America, Inc. and Jo Ellen Ojeda (hereinafter, collectively, "the Parties"), by agreement, hereby jointly move to reschedule the settlement conference to a date approximately one month after the date for which it is currently scheduled, January 18, 2007. As grounds for this motion, the Parties submit:

1. That they have agreed to an extension of time for serving certain written discovery responses until January 12, 2007;
2. That, following such discovery, the Parties will, respectively, schedule depositions;
3. That the Parties wish to have the benefit of deposition testimony prior to attempting to settle this matter at the settlement conference; and
4. That discovery in this case does not close until March 15, 2007, and thus rescheduling the settlement conference will not in any way delay the progress of this case.

For these reasons, the Parties respectfully request that the Court reschedule the settlement conference for a date that is approximately one month after January 18, 2007.

Respectfully submitted,

PLAINTIFF CHERYL SHEFFIELD

By her attorney,

/s/ Louise A. Herman
Louise A. Herman (#6430)
129 Dyer Street
Providence, RI 02903
(401) 277-4110
(401) 621-0964 (fax)
lahermanlaw@verizon.net

DEFENDANTS COOKSON AMERICA, INC. & JO ELLEN OJEDA

By their attorney,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030
nmcnamara@nixonpeabody.com

Dated: December 15, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Motion to Reschedule Settlement Conference was Served on Louise A. Herman, Esq., 129 Dyer Street, Providence, RI 02903 via electronic mail and by first class mail on this 15th day of December, 2006.

/s/ Neal J. McNamara