UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL SHEFFIELD,<br>Plaintiff<br><br>v.<br><br>COOKSON AMERICA, INC. and<br>JO ELLEN OJEDA,<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-179T |

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed by and between the undersigned that the above-captioned matter is dismissed with prejudice, each party to bear its own costs.

| | |
|---|---|
| CHERYL SHEFFIELD | COOKSON AMERICA, INC. and<br>JO ELLEN OJEDA, |
| By her attorney, | By their attorneys, |
| /s/ Louise Herman<br>129 Dyer Street<br>Providence, RI 02903<br>Tel. (401) 277-4110<br>Fax: (401) 421-0964 | /s/ Neal J. McNamara<br>Neal J. McNamara (#4249)<br>NIXON PEABODY LLP<br>One Citizens Plaza<br>Providence, RI 02903<br>(401) 454-1000<br>(401) 454-1030 (facsimile) |

Dated: March 30, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation of Dismissal was served on via electronic mail and by regular mail, postage prepaid to Louise Herman, Esq. 129 Dyer Street, Providence, RI 02903 this _______ day of March, 2007.

/s/Neal J. McNamara