UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL SHEFFIELD,<br>Plaintiff<br><br>v.<br><br>COOKSON AMERICA, INC. and<br>JO ELLEN OJEDA,<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-179T |

**DISMISSAL STIPULATION**

It is hereby stipulated and agreed by and between the undersigned that the above-captioned matter is dismissed with prejudice, each party to bear its own costs.

CHERYL SHEFFIELD

By her attorney,

/s/ Louise Herman
129 Dyer Street
Providence, RI 02903
Tel. (401) 277-4110
Fax: (401) 421-0964

COOKSON AMERICA, INC. and
JO ELLEN OJEDA,

By their attorneys,

/s/ Neal J. McNamara
Neal J. McNamara (#4249)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (facsimile)

Dated: March 30, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Stipulation of Dismissal was served on via electronic mail and by regular mail, postage prepaid to Louise Herman, Esq. 129 Dyer Street, Providence, RI 02903 this 30th day of March, 2007.

/s/Neal J. McNamara